Case 1:19-cv-11737-RMB-KMW   Document 6   Filed 07/17/19   Page 1 of 2 PageID: 176

Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
cchevalier@gibbonslaw.com

OF COUNSEL
David I. Berl
Christopher J. Mandernach
Michael Xun Liu
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V.<br><br>*Plaintiffs*,<br><br>v.<br><br>AIZANT DRUG RESEARCH SOLUTIONS PVT. LTD. and MAKRO TECHNOLOGIES INC.<br><br>*Defendants*. | Civil Action No. 3:19-CV-11737-MAS-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*Document electronically filed.* |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF Prism C.V., Pfizer Manufacturing Holdings LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V., by and

through their undersigned attorneys, hereby voluntarily dismiss, without prejudice, all claims relating to the Complaint filed in the above-captioned matter.

DATED: July 17, 2019                        Respectfully submitted,

                                            s/ Charles H. Chevalier
                                            Charles H. Chevalier
                                            **GIBBONS P.C.**
                                            One Gateway Center
                                            Newark, New Jersey 07102
                                            Phone: (973) 596-4500
                                            cchevalier@gibbonslaw.com

                                            OF COUNSEL
                                            David I. Berl
                                            Christopher J. Mandernach
                                            Michael Xun Liu
                                            **WILLIAMS & CONNOLLY LLP**
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 434-5000

                                            *Attorneys for Plaintiffs*